days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1339. IN RE DISBARMENT OF REEF. It is ordered that Norman S. Reef, of Portland, Me., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1340. IN RE DISBARMENT OF KENNEDY. It is ordered that Beverly B. Kennedy, of Manchester, N. H., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1341. IN RE DISBARMENT OF CULLEN. It is ordered that Jerry Michael Cullen, of Kansas City, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1342. IN RE DISBARMENT OF KOLE. It is ordered that Bernard Patrick Kole, of Havre de Grace, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1343. IN RE DISBARMENT OF KOPROWSKI. It is ordered that Joseph Andrew Koprowski, of Kingwood, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1344. IN RE DISBARMENT OF JOHNSON. It is ordered that David Lee Johnson, of Decatur, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1345. IN RE DISBARMENT OF KROHN. It is ordered that Barry Krohn, of Coral Springs, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.